IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 16-33 |
| | : | |
| REAL PROPERTY LOCATED AT 309 | : | |
| RIVER LAUREL DRIVE, BELLEVILLE, | : | |
| ST. CLAIR COUNTY, ILLINOIS, AND | : | |
| ALL ATTACHMENTS, IMPROVEMENTS | : | |
| AND APPURTENANCES THERETO, | : | |
| | : | |
| DEFENDANT. | : | |

## VERIFIED COMPLAINT FOR FORFEITURE

Now comes plaintiff, the United States of America, by and through its attorneys, James L. Porter, Acting United States Attorney for the Southern District of Illinois, and Jennifer Hudson, Assistant United States Attorney, and respectfully states as follows:

1. This is a civil action *in rem* brought to enforce the provisions of 21 U.S.C. § 881 for the forfeiture of real property which was purchased using proceeds of illegal narcotics transactions. The funds used to purchase the real property were accumulated between January 2010 through July 2012 through a series of cash transactions deposited into a financial institution. In July 2012, another financial institution transaction occurred when a cashier's check was prepared paying for the real estate transaction, a violation of Title 18 U.S.C. § 1956.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.

3. The defendant property is real property located at 309 River Laurel Drive, Belleville, St. Clair County, Illinois, and all attachments, improvements, and appurtenances thereto, more particularly described as follows:

Lot 220 of "Final Plat of Reunion – Phase 3, being a subdivision in part of Lot 11 of the

1

Southwest Quarter of Section 34, Township 1 North, Range 8 West of the Third Principal Meridian", reference being had to the plat thereof recorded in the Recorder's Office of St. Clair County, Illinois, in Book of Plats "106" on page 26 and 27 as Document No. A01927376.

Except the coal, oil and gas and other minerals underlying said premises and the right to mine and remove same.

Situated in St. Clair County, Illinois.

4. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached hereto and fully incorporated herein by reference.

5. The defendant property constitutes real property was used or intended to be used, the launder illegal narcotics proceeds, violation of Title 18 U.S.C. § 1956 and the *Controlled Substances Act*.

WHEREFORE, the United States of America prays that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

    Respectfully submitted,

    JAMES L. PORTER
    Acting United States Attorney

    */s/ Jennifer Hudson*
    JENNIFER HUDSON
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, Illinois 62208
    (618) 628-3700

## DECLARATION

I am a Special Agent with the Internal Revenue Service, Criminal Investigations, and the agent assigned the responsibility for this case.

I have read the contents of the foregoing complaint for forfeiture and the exhibits thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of January, 2016.

>*/s/ Jason L. Bamvakais w/consent*
>Jason L. Bamvakais
>Special Agent
>Internal Revenue Service, Criminal Investigations