## EXHIBIT A

State of Illinois )
) ss
County of St. Clair )

## DECLARATION UNDER PENALTY OF PERJURY
## IN SUPPORT OF COMPLAINT FOR FORFEITURE

At all times relevant herein, I have been a Special Agent with the Internal Revenue Service, Criminal Investigations (IRS-CI). The contents of this Declaration are based on information provided to me during the course of my investigation from participants in the criminal activity, from other witnesses, and from other law enforcement officers.

1. A joint investigation was conducted by the United States Attorney's Office, the Drug Enforcement Administration (DEA), and IRS-CI on COREY PRYOR and Skylar Henshaw, marijuana and cocaine distributors within the Southern District of Illinois and surrounding areas.

2. COREY PRYOR was identified by a DEA Confidential Source (CS) as a distributor of marijuana and cocaine in the Belleville, Illinois area. The DEA CS has been purchasing and selling drugs to/from Corey PRYOR since 2004 and 2005. On July 14, 2015 a "reverse-buy" was conducted using the CS and PRYOR and Henshaw. DEA agents provided the CS with "sham" or fake kilogram of cocaine. PRYOR and Henshaw, unaware that the drug was fake, agreed to purchase the kilogram of cocaine from the CS for $38,000.

3. The CS never received the payment ($38,000) for the sham dope. He was told that the money was split up between Henshaw and PRYOR's residence in Belleville, and that he would need to follow PRYOR to Belleville in order to get the money that was there.

4. PRYOR and Henshaw were arrested immediately after the buy took place. Thereafter search warrants were obtained and executed at both PRYOR and Henshaw's

residences.

5. PRYOR'S residence is located at 309 River Laurel Drive, in Belleville, St. Clair County, Illinois.

6. On July 14, 2015, Special Agents with DEA executed a search warrant at 309 River Laurel Drive, Corey PRYOR's residence. During the search, Special Agents located a clear plastic bag containing a pale white or clear chunky substance weighing 32 grams and testing positively for methamphetamine. Special Agents also located a clear plastic bag containing seventeen green pills and, in a second location, eight orange pills that tested positively for MDMA or methylene- dioxymethamphetamine. Additionally, six blue pills were located within 309 River Laurel Drive. These pills also tested positively for MDMA or methylenedioxymethamphetamine. Finally, a clear plastic bag containing sixteen white pills and, separately, four orange pills were also located. These pills were also tested and were found to be hydrocodone.

7. During the search at 309 River Laurel Drive, Corey PRYOR's residence, Special Agents located a large amount of United States Currency. An official count conducted by Brinks Security with Special Agents with DEA present found that Corey PRYOR possessed $77,240.00 in cash at at 309 River Laurel Drive on July 14, 2015.

8. While Special Agents conducted their search, Task Force Officer Parker located a title to a Porsche parked in the driveway at 309 River Laurel Drive, Corey PRYOR's residence. Task Force Officer Parker took the title to Ms. Sankey, Corey PRYOR's mother, who was present during the search. TFO Parker noticed that the Porsche was titled to Emma Nelson and asked Ms. Sankey if she knew an Emma Nelson. Ms. Sankey told TFO Parker that Emma Nelson was her mother. Ms. Nelson is in her 80s. Ms. Sankey stated that she did not know why

2

the Porsche was titled in her mother's name, how long PRYOR owned the Porsche, or how PRYOR paid for the Porsche. Shortly thereafter, TFO Parker overheard Ms. Sankey on the telephone. Ms. Sankey told an unknown caller "They are taking Corey's car."

9. On July 15, 2015, Special Agents interviewed co-conspirator Henshaw regarding his relationship with Corey PRYOR and their joint involvement with the drug trade. Henshaw waived his Miranda rights and spoke with Special Agents. Henshaw stated that he knew PRYOR for approximately seven years. Henshaw admitted that PRYOR was involved in the marijuana drug trade, but suggested that PRYOR is not an "everyday dealer." Henshaw admitted that he owed PRYOR $30,000.00. Henshaw later admitted that he owed this money to PRYOR because PRYOR sold him 25 to 30 "pillows" of marijuana. Pillows are eleven pounds of marijuana. Henshaw stated that PRYOR charged him $1000.00 per pound of marijuana. Henshaw stated he has been dealing drugs with PRYOR since PRYOR was released from prison.

10. Henshaw admitted that on July 4, 2015, PRYOR approached Henshaw and asked him to check out some cocaine PRYOR was going to purchase. Henshaw's job was to make sure the cocaine was "good." Henshaw was doing that when the police busted them on July 14, 2015. Henshaw stated he was not aware PRYOR was going to purchase a kilo of cocaine. Henshaw also stated that he has never been to PRYOR's house adding that PRYOR will not tell him where he lives for fear of Henshaw robbing him. "You know how drug dealers are."

11. A records check reveals that on 11/2/2011, members of the Phoenix Police Department seized $34,700 US Currency from J.N. and Corey PRYOR. This is the same Corey PRYOR. PRYOR and his companion were traveling from St Louis to Phoenix when the currency was discovered at the airport in their carry-on bags. The seizure was processed through the Maricopa

County Attorney's office.

12. Phoenix is a known source city for illegal narcotics. Additionally, persons who deal in illegal narcotics carry large amounts of United States currency.

13. During the execution of the search warrant at PRYOR'S residence, 309 River Laurel Drive, agents located property records. These property records revealed that the property was purchased in PRYOR'S father's name, Richard Pryor, via a cashier's check for $123,060.42. A copy of the Cashier's Check used to purchase the property was also found during the search. The Cashier's Check was from SIU Credit Union for $123,060.42, made payable to Community Title, and listed "Richard Pryor [*address redacted*] Carbondale, IL" in the note section of the check.

14. Agents investigated whether Corey PRYOR or Richard PRYOR paid for 309 River Laurel Drive. Records obtained from the St. Clair County Recorder's Office show that the residence is mortgage free and is registered to Richard Pryor, Corey PRYOR'S father.

15. Agents obtained State of Illinois tax information and learned that Richard Pryor lives in Carbondale, Illinois. Richard Pryor retired from Southern Illinois University – Carbondale and, from 2008 to present, predominately earns approximately $65,000 a year in retirement benefits.

16. Agents obtained Richard Pryor's bank accounts. These accounts show in excess of $120,000 in cash deposits from January 2010 to July 2012. The majority of the cash was used to purchase Certificates of Deposits (CD's). The CD's were then cashed out in July of 2012 to purchase the cashier's check used to purchase the 309 River Laurel Drive real property.

17. Agents questioned Richard Pryor regarding his involvement in purchasing 309

River Laurel Drive. On July 28, 2015, Richard Pryor initially informed agents that 309 River Laurel Drive was purchased using both Richard and Corey PRYOR's savings. When asked about the large amount of cash deposits into his bank accounts, which were used to purchase CD's, and later used to purchase the residence, Richard Pryor stated that the cash was from Art Schoolcraft, and his son, Darron Schoolcraft. Richard Pryor told agents that the Schoolcrafts (Art and Darron Schoolcraft), whom both recently deceased, "donated" money to help Corey PRYOR buy a house. Richard Pryor does not know how much money the Schoolcraft's "donated" to him and he does not have any records of their donations. Richard Pryor told agents that the cash deposited into his accounts between 2010 and 2012 was from the Schoolcraft's. Agents asked Richard Pryor why 309 River Laurel Drive was in Richard Pryor's name. Richard Pryor answered, "that's the way THEY wanted to do it." Then, he corrected himself and stated, that's the way WE wanted to do it."

18. Agents also investigated whether or not Corey PRYOR had regular employment. Information provided by the State of Illinois and other sources have yet to provide a source of legitimate income for Corey PRYOR. Corey PRYOR did not file State of Illinois income tax returns for tax years 2008 through 2014.

19. 309 River Laurel Drive was purchased in July 2012. A review of Richard Pryor's bank records from January 2010 through July 2012 revealed that the deposits consisted of retirement income, Annuity and Retirement from Southern Illinois University, and a large amount of cash deposits.

20. The cash deposits into Richard Pryor's accounts totaled $121,959.33. Richard Pryor used the funds in his accounts to purchase numerous Certificates of Deposits (CDs). The

CDs were then cashed out and used to purchase the Cashier's Check on July 3, 2012 from SIU Credit Union for $123,060.42, payable to Community Title, and used to purchase the house at 309 River Laurel Drive, Belleville, Illinois.

21. Juanita Schoolcraft, Art Schoolcraft's widow, was interviewed on July 28, 2015. Juanita Schoolcraft stated that Art Schoolcraft died on May 3, 2014. Juanita Schoolcraft said her husband and Richard Pryor were close friends and they used to work with each other at Southern Illinois University – Carbondale. Art Schoolcraft retired from SIU-Carbondale in 1986, and they lived off his retirement until he passed away. When asked if she or her husband gave any money to Richard Pryor, Juanita Schoolcraft stated that they did not have any money to give. Agents told Juanita Schoolcraft that Richard Pryor stated that Art Schoolcraft "donated" approximately $100,000 to purchase a house for Corey PRYOR. Juanita Schoolcraft stated, "I like Richard, but I am a Christian and not going to lie." Juanita said that they never gave money to Richard Pryor. Juanita stated that her family never had that type of money. She explained that they had enough money to live, but they never had thousands of dollars to give to someone else. Juanita Schoolcraft further stated that her husband was "very thrifty" and he would have never given anyone large amounts of money, and she would have known if he did. Juanita Schoolcraft also stated that her son, Darron Schoolcraft, did not have money to give or loan to anyone. Juanita Schoolcraft has not seen Richard Pryor since her husband's funeral. Juanita has never met Corey PRYOR, or any of Richard Pryor's children.

22. Agents analyzed the Schoolcraft's bank accounts and tax returns, which confirmed that the Schoolcraft's did not have the means to "donate" money to the Pryor's, as Richard Pryor stated. Juanita Schoolcraft explained and the bank accounts reflect that the Schoolcrafts regularly

deposited their retirement checks, and took a portion of each check out in cash for living expenses. Ms. Schoolcraft stated that her and her husband used cash to pay for almost all of their living expenses. Ms. Schoolcraft stated her husband regularly kept approximately $1000 in cash for living expenses from each retirement check, and she would also get additional cash for her living expenses. Finally, Ms. Schoolcraft explained that from January 2010 through July 2012, the Schoolcrafts continued their banking habits as normal and did not give thousands of dollars to the Pryors.

23. According to the buyers real estate agent, Debbie Ohlendorf, she showed Richard and COREY PRYOR two houses in the Belleville area. Debbie Ohlendorf recalled that both Richard and Corey PYROR were present when she showed them the first house. However, only the son, Corey PRYOR, was present when she showed the 309 River Laurel Drive residence.

Based on the foregoing, it is the belief of affiant that the subject-matter property constitutes real property which was involved in a transaction in violation of 18 U.S.C. §§ 1956 or is property traceable to such property, and is thus forfeitable under 18 U.S.C. § 981(a)(1)(A).

Executed on this 12th day of January, 2016.

Jason L. Bamvakais
Special Agent
Internal Revenue Service,
Criminal Investigations